# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0218
_____

GUARDIAN AD LITEM PROGRAM,

Petitioner,

v.

B.G. and J.G., Parents of J.G.,
P.G., N.G., E.G., W.G., T.G.,
G.G., and K.G., Minor Children
and DEPARTMENT OF CHILDREN
AND FAMILIES,

Respondents.

_____

Petition for Writ of Other Original Proceedings—Original Proceeding.

January 24, 2026

PER CURIAM.

DENIED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jaime M. Generazzo, Tallahassee, for Petitioner.

Darby F. Hertz, Gainesville, for Respondent B.G.; Bobi J. Frank, Alachua, for Respondent J.G..; Stephanie C. Zimmerman, Children's Legal Services, Bradenton, for Respondent Department of Children and Families.